526 A.2d 746

**Elaine W. HARBISON**

v.

**WORKMEN'S COMPENSATION APPEAL BOARD and Reuben H. Donnelley**

**Appeal of Reuben H. DONNELLEY**

Supreme Court of Pennsylvania.

Argued Jan. 27, 1987.

Decided May 21, 1987.

Michael D. Sherman, Roy F. Walters, Jr., Joseph F. Grochmal, Pittsburgh, for appellants.

Alan H. Perer, Nelson B. Gaugler, Pittsburgh, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM.

This appeal is dismissed as having been improvidently granted.